# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRITTANY M. GORDON, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. CIV-25-619-D |
| ) | |
| NATHAN FOUNTAIN, et al., ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel of record for Plaintiff, Brittany M. Gordon. I certify that I am admitted to practice in this Court. I also certify that I am registered in this Court's Electronic Case Filing System.

Respectfully submitted,

s/ Thomas A. Stone
Thomas A. Stone, OBA No. 34802
CANNON & ASSOCIATES, PLLC
401 N. Hudson Ave, Suite 100
Oklahoma City, OK 73102
Telephone: (405) 657-2323
Facsimile: (405) 657-2413
E-mail: thomas@jpcannonlawfirm.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of July, 2025, I electronically transmitted the above and foregoing instrument to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to all ECF registrants on record.

                                                s/ *John P. Cannon*
                                                John P. Cannon