**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

BRITTANY M. GORDON, )
)
      Plaintiff, )
)
v. )     Case No.   CIV-25-619-D
)
(1) NATHAN FOUNTAIN, individually )
and his official capacity as an Edmond )
Police Officer; )
(2) CITY OF EDMOND, a municipality; )
(3) BOARD OF TRUSTEES FOR THE )
OKLAHOMA COUNTY CRIMINAL )
JUSTICE AUTHORITY; )
(4) BOARD OF COUNTY )
COMMISSIONERS OF OKLAHOMA )
COUNTY, OKLAHOMA; )
(5) TURN KEY HEALTH )
CLINICS, LLC, an Oklahoma limited )
liability company; )
)
      Defendants. )

**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT
BOARD OF COUNTY COMMISSIONERS OF OKLAHOMA COUNTY**

COMES NOW, Plaintiff, Brittany M. Gordon, and hereby gives notice pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(i) to dismiss the above-entitled cause of action solely as to the

Defendant, Board of County Commissioners of Oklahoma County ("Commissioners")

without prejudice to the Plaintiff.

Counsel for Plaintiff has contacted counsel for Defendant Commissioners on

September 8, 2025, and is authorized to state that Defendant Commissioners does not object to dismissal without prejudice to Plaintiff.

Additionally, under Fed. R. Civ. P. 41(a)(1)(A)(i), Defendant Commissioners has not filed an Answer or a Motion for Summary Judgement to date, therefore a written stipulation of dismissal by all parties is not required, although Defendant Commissioners has filed a Motion to Dismiss (Doc. 17).

Respectfully submitted,

s/ *Thomas A. Stone*
Thomas A. Stone, OBA No. 34802
John P. Cannon, OBA No. 30033
CANNON & ASSOCIATES, PLLC
401 N. Hudson Ave, Suite 100
Oklahoma City, OK 73102
Telephone: (405) 657-2323
Facsimile: (405) 657-2413
E-mail: Thomas@jpcannonlawfirm.com
        John@jpcannonlawfirm.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of September, 2025, I electronically transmitted the above and foregoing instrument to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to all ECF registrants on record, including:

Kathryn D. Terry          kdterry@phillipsmurrah.com
Alexandra G. Ah Loy       allieahloy@hallboothsmith.com
Rodney J. Heggy           rod.heggy@oklahomacounty.org
Thomas A. LeBlanc         tleblanc@bestsharp.com
Emily K. Wilson           ewilson@bestsharp.com


s/ *Thomas A. Stone*
Thomas A. Stone